343 A.2d 355
COMMONWEALTH of Pennsylvania
v.
Charles C. GILES, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 6, 1974.

Decided July 7, 1975.

Rehearing Denied Sept. 8, 1975.

Paul Leo McSorley, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Flora E. Roomberg, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

The Court being equally divided, the judgment of sentence is affirmed.

JONES, EAGEN and O'BRIEN, JJ., would affirm.

ROBERTS, NIX and MANDERINO, JJ., would reverse the judgment of sentence and remand for a new trial.

POMEROY, J., did not participate in the consideration or decision of this case.